| UNITED STATES COURT OF APPEALS | **FILED** |
|---|---|
| FOR THE NINTH CIRCUIT | JUL 11 2025 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

MARK JORDAN,

    Petitioner - Appellant,

v.

D. COLBERT, Warden,

    Respondent - Appellee.

No. 25-3304

D.C. No. 4:21-cv-00019-JAS
District of Arizona, Tucson

ORDER

Appellant is not required to pay fees for this appeal because the district court found appellant to be indigent. The motion at Docket Entry No. 6) is therefore unnecessary. *See* Fed. R. App. P. 24(a)(3).

The existing briefing schedule remains in effect.

                              FOR THE COURT:

                              MOLLY C. DWYER
                              CLERK OF COURT